1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0243

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES GOVERNMENT,     )     CASE: 6:10-mj-00114-MJS
11                                )
              Plaintiff,          )
12                                )     STIPULATION TO VACATE
        vs.                       )     TRIAL DATE AND SET FOR
13                                )     STATUS CONFERENCE; AND.
   KAREN FLORO,                   )     ORDER THEREON
14                                )
              Defendant.          )     Court: U.S. Magistrate
15 _____ )     Judge: Honorable Michael J. Seng
                                  )
16

17     IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal

18 officer for the National Park Service, Defendant, Karen Floro, and her attorney of record, Carol

19 Moses, that the Bench Trial in the above-captioned matter currently scheduled for May 25. 2011,

20 be vacated, and the matter be set for Status Conference on June 7, 2011, at 10:00 a.m.

21

22 Dated: May 23, 2011              /s/ Susan St. Vincent
                                    Susan St. Vincent
23                                  Acting Legal Officer for
                                    National Park Service
24

25 Dated: May 23, 2011              /s/ Carol Moses
                                    Carol Moses
26                                  Attorney for
                                    Karen Floro
27

28

                                          1

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Trial Date, now set for May 25, 2011, and for status conference on June 7, 2011, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for May 25, 2011, is vacated.
2. The above-captioned matter is now set for status conference on June 7, 2011 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 23, 2011                        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE