Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-mj-114-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| KAREN FLORO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The defendant having met all conditions of deferral, and by leave of the court endorsed hereon, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607 of count five, charging a violation of 36 CFR 2.35 (b)(2), Possession of a Controlled Substance.

Dated: December 13, 2012          NATIONAL PARK SERVICE

                                   /s/ Matthew McNease
                                  Matthew McNease
                                  Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   June 20, 2013            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

1